February 27, 1943, incidental to a Nevada divorce, made for an adequate and full consideration in money or money's worth and thus not subject to gift tax?

"3. Were the transfers made by the petitioner to her husband in 1943, in payment and discharge of a legal obligation imposed by the judgment of the Nevada Court entered March 6, 1943, and thus not subject to gift tax?"

*Irwin N. Wilpon* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *I. Henry Kutz* for respondent.

No. 597. MISSOURI EX REL. SOUTHERN RAILWAY CO. *v.* MAYFIELD, CIRCUIT COURT JUDGE; and

No. 598. MISSOURI EX REL. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. *v.* MURPHY, CIRCUIT COURT JUDGE. Supreme Court of Missouri. Certiorari granted. *Sidney S. Alderman, Bruce A. Campbell* and *H. G. Hedrick* for petitioner in No. 597. *Floyd E. Thompson, J. C. Gibson* and *R. S. Outlaw* for petitioner in No. 598.

*Certiorari Denied.* (*See also No. 653 and Misc. No. 407, supra.*)

No. 499. CHURCH *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Warren E. Miller* for petitioner. *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 561. STANDARD COMMERCIAL TOBACCO CO. ET AL. *v.* SNYDER, SECRETARY OF THE TREASURY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harold G. Aron, Raymond L. Wise* and *Richard L. Merrick* for petitioners. *Solicitor*